■ INTERSTATE HOME BUILDERS, INC., et al., Respondents, v D'ANDREA CONSTRUCTION INC. et al., Appellants, et al., Defendants. [760 NYS2d 69] —Judgment, Supreme Court, Bronx County (Howard Silver, J.), entered December 21, 2001, unanimously affirmed for the reasons stated by Silver, J., with costs and disbursements. No opinion. Concur—Rosenberger, J.P., Lerner, Friedman, Marlow and Gonzalez, JJ.

■ In the Matter of HARRY SKYDELL, a Resigned Attorney. [763 NYS2d 747] —Motion granted to extent of deeming the unpublished order of this Court entered July 24, 1996 (M-5890), and the underlying documents, public records pursuant to Judiciary Law § 90 (10). No opinion. Concur—Nardelli, J.P., Sullivan, Rosenberger, Williams and Gonzalez, JJ.